■ UNIONPORT SHOES, INC., Appellant, v KIDS PLACE OF NEW YORK, INC., et al., Respondents, et al., Defendants. PARKCHES-

TER SOUTH CONDOMINIUM, Third-Party Plaintiff-Respondent, v CORNELL'S APPAREL, INC., Third-Party Defendant, and 1571 UNIONPORT ROAD CORP., Doing Business as KIDS PLACE, Third-Party Defendant-Respondent. [669 NYS2d 810] —Order, Supreme Court, Bronx County (Luis Gonzalez, J.), entered on or about January 23, 1997, which denied plaintiff's motion for summary judgment, unanimously affirmed, without costs.

On a prior appeal to this Court (*Unionport Shoes v Parkchester S. Condominium*, 205 AD2d 385, 387), it was held that "assuming both a valid subletting and defendant's awareness of the sublease, plaintiff has established a prima facie case of wrongful interference with contractual relations". Plaintiff has not established either element as a matter of law. Accordingly, plaintiff's motion for summary judgment was properly denied. Concur—Milonas, J. P., Nardelli, Williams and Mazzarelli, JJ.